IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| SORAYA DIASE COFFELT | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-34 |
| | : | |
| GOVERNMENT EMPLOYEES' | : | |
| RETIREMENT SYSTEM OF THE | : | |
| VIRGIN ISLANDS | : | |

## **ORDER**

AND NOW, this 2nd day of May, 2025, upon consideration of the parties' cross-motions for summary judgment, the responses and replies thereto, and the parties' presentations at oral argument, and for the reasons explained in the accompanying Memorandum, it is ORDERED:

1. Plaintiff Soraya Diase Coffelt's Motion for Summary Judgment (ECF No. 121) is DENIED.

2. Defendant Government Employees' Retirement System of the Virgin Islands' Motion for Summary Judgment (ECF No. 119) is GRANTED.

3. Judgment is entered in favor of Defendant Government Employees' Retirement System of the Virgin Islands on all claims in Plaintiff's Complaint.

4. The Clerk of Court is DIRECTED to mark this case CLOSED.


BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.